B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                       Case No. **10-52431**

**MARTINO, JOHN R. & MARTINO, CECILIA ANN**
Debtor(s)                                       Chapter **7**

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** NISSAN MOTOR ACCEPTANCE CORP | **Describe Property Securing Debt:** 2006 NISSAN TITAN |
| Property will be *(check one)*: ☐ Surrendered ☑ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*: ☑ Claimed as exempt ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** WELLS FARGO HOME MORTGAGE | **Describe Property Securing Debt:** HOME AT 264 F STREET |
| Property will be *(check one)*: ☑ Surrendered ☐ Retained<br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br>Property is *(check one)*: ☑ Claimed as exempt ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:     **July 14, 2010**          **/s/ JOHN R. MARTINO**
                                            Signature of Debtor

                                            **/s/ CECILIA ANN MARTINO**
                                            Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only